ARCHIE FRENCH, Petitioner *vs.* H. F. CUMMINGS, Sheriff.

Kennebec County.   Decided October 7, 1926.   This case is submitted upon exceptions to an order of the Justice of the Superior Court of Kennebec County discharging, upon a writ of habeas corpus, the petitioner, committed to jail upon an execution issued to enforce a decree of divorce, ordering the petitioner to make payments for the support of his minor child.

The exceptions are not properly before us.   It is a well-settled principle that exceptions do not lie to the discharge of a prisoner upon habeas corpus.   *Knowlton, Petr.* v. *Baker,* 72 Maine, 202.   *Stuart* v. *Smith,* 101 Maine, 397.   Exceptions dismissed.   *Benedict F. Maher,* for petitioner.   *Mark J. Bartlett and C. A. Blackington,* for defendant.